lars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elias N. Mallouk v. American Exchange National Bank.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adam Frank v. Rowland & Shafto and Another.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Joscelyn Stable Company.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Samuel Lipschitz v. Herman Berkowitz.— Motion granted.  Order to be settled on notice.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Manhattan Railway Company.  (In re Second and Third Avenues.) — Applications granted.  Orders to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Michael H. Harris.— Referred to official referee.  Order to be settled on notice.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Reginald J. Imperatori.— Application granted.  Order to be settled on notice.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hillard Hotel Company v. The City of New York and Others.  Waldorf-Astoria Hotel Company v. The City of New York and Others.  Hawk & Wetherbee v. The City of New York and Others.  Haverty's Taxicabs, Incorporated, v. The City of New York and Others.  Frawley Transportation Company v. The City of New York and Others.  Motor Taximeter Company v. The City of New York and Others.  American Taximeter Company v. The City of New York and Others.  Imperial Auto Company v. The City of New York and Others.  Garden Taxicab Company v. The City of New York and Others.  Greeley Square Hotel Company v. The City of New York and Others.  Yellow Taxicab Company v. The City of New York and Others.  New Taxicab and Auto Company v. The City of New York and Others.  Universal Taximeter Company v. The City of New York and Others.  Mason-Seaman Transportation Company v. The City of New York and Others.— Motions to continue injunction and for stay denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

August Belmont Hotel Company v. The City of New York.  Hotel Astor v. The City of New York.— Motions to continue injunction and for stay denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke Scott, Dowling and Hotchkiss, JJ.

Yellow Taxicab Company v. William J. Gaynor, as Mayor of the City of New York, and Others.— Motion to dismiss appeal denied, without costs Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elise H. Ettlinger and Others, by Morton Stein, Their Guardian ad Litem, Respondents, v. Albert J. Kramer and Others, as Executors, etc.,